IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COURTNEY DEMETRIUS THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) 3:08-CV-321-MHT |
| | ) [WO] |
| MAJOR TORBERT, *et al.,* | ) |
| Defendants. | ) |

## **ORDER**

After a review of the recommendation (Doc. #9), to which plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (Doc. #9) is adopted.

(2) Plaintiff's claims against defendant Kilby Correctional Facility are dismissed with prejudice prior to service of process.

(3) Defendant Kilby Correctional Facility is dismissed as a party to this complaint.

(4) This case with respect to the remaining defendants is referred back to the United States Magistrate Judge for additional proceedings.

DONE, this the 1st day of July, 2008.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE