IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| COURTNEY DEMETRIUS THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAJOR TORBERT, *et al.*, )<br>)<br>Defendants. | 3:08-CV-321-MHT<br>[WO] |

## **OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge, entered on July 23, 2008 (Doc. #15), that this case should be dismissed without prejudice due to plaintiff's abandonment of his claims, failure to comply with the orders of this court, and properly to prosecute this cause of action.

After a review of the recommendation, to which plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

DONE, this the 15th day of August, 2008.

         /s/ Myron H. Thompson         
UNITED STATES DISTRICT JUDGE